# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOMAS G. BOMBADIL & CO., | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-2021 |
| | : | |
| GAIL E. GUSTAFSON & CO., | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 21st Day of June, 2023, upon consideration of Plaintiff Tomas G. Bombadil's Motion to Proceed *In Forma Pauperis* (ECF No. 6) and *pro se* Amended Complaint (ECF No. 4) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DEEMED** filed.

3. The Amended Complaint is **DISMISSED** as follows:

    a. Claims raised on behalf of individuals other than Bombadil and claims barred by the *Rooker-Feldman* doctrine are **DISMISSED WITHOUT PREJUDICE**; and

    b. The balance of the Amended Complaint is **DISMISSED WITH PREJUDICE**.

4. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                    **BY THE COURT:**

                                                  **/s/Wendy Beetlestone, J.**
                                                  **WENDY BEETLESTONE, J.**